LUCAS VALLEY LAW
MARK K. de LANGIS (SBN 190083)
mdelangis@lucasvalleylaw.com
2110 Elderberry Lane
San Rafael, California 94903
Telephone: (415) 472-3892
Facsimile: (415) 472-3977

Attorney for Plaintiffs
APL CO. Pte., LTD. and
AMERICAN PRESIDENT LINES, LTD.

FILED
10 OCT -1 PM 1:03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. Pte., LTD., a corporation, and AMERICAN PRESIDENT LINES, LTD., a corporation,<br><br>           Plaintiffs,<br>   v.<br><br>CALIFORNIA CONCEPTS, INC., a corporation,<br><br>           Defendant. | No. CV10 7345 E<br><br>COMPLAINT FOR<br><br>1. BREACH OF MARITIME CONTRACT;<br>2. OPEN ACCOUNT;<br>3. COMMON COUNT FOR SERVICES PERFORMED |

Plaintiffs APL Co. Pte., Ltd. and American President Lines, Ltd. (collectively "APL") complain against defendant California Concepts, Inc. and allege as follows:

## JURISDICTION AND VENUE

1.   The following claims are admiralty and maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and fall within the admiralty jurisdiction of this Court under 28 U.S.C. section 1333.

COMPLAINT

2. Venue is proper in the Central District of California because defendant's cargo was delivered to the Port of San Pedro, located within this district. In addition, defendant corporation's principal place of business is located in Los Angeles County. The parties agreed by contract that the place of legal residence or principal place of business of the responding party is the proper venue for any litigation.

## PARTIES

3. Plaintiff APL Co. Pte., Ltd. is, and at all relevant times was, a corporation duly organized and existing under the laws of Singapore, registered to do business in the State of California.

4. Plaintiff American President Lines, Ltd. is, and at all relevant times was, a corporation duly organized and existing under the laws of the State of Delaware, registered to do business in the State of California.

5. APL is informed and believes, and on that basis alleges that defendant California Concepts, Inc. is, and at all relevant times was, a corporation duly organized and existing under the laws of the State of California.

## GENERAL ALLEGATIONS

6. At all relevant times, APL was and still is an ocean carrier of goods for hire, *inter alia*, between U.S. and foreign ports.

7. On or about January 25, 2006, APL and California Concepts, Inc. ("CCI") entered into a written service contract, number GB06/0017.

8. Pursuant to service contract number GB06/0017, APL agreed to transport and convey cargo from overseas ports to the United States on behalf of, and at the request of, CCI.

9. As part of the service contract entered into between CCI and APL for the transportation and carriage of its cargo, CCI expressly agreed to tender the

COMPLAINT
2
21407289.1/06647-0241

1  cargo in a quantity sufficient to satisfy a Minimum Volume Commitment ("MVC")

2  as outlined in the service contract between the parties. Specifically, the service

3  contract stated:

> 3. MINIMUM VOLUME COMMITMENT; DEAD FREIGHT; BOOKING
>
> (a) Merchant shall tender not less than the MVC, including specific sub-MVCs, if any, as set forth in an Appendix, during the term hereof. Shipments shall be deemed within the scope of this Contract and shall be counted toward the MVC if made by Merchant's parent, subsidiary, or other affiliated companies or entities under common control, or by an authorized agent in behalf of any such entity, all of which entities must be identified on the signature page or Appendix hereto. Merchant shall remain responsible to Carrier for all obligations of non Merchant parties shipping cargo under this Contract.

12    10.   The MVC, set forth at Appendix A, expressly obligated CCI to tender

13  a minimum quantity of carriage of 50 freight equivalent units ("FEU") before the

14  contract's expiration date of November 30, 2007.

15    11.   The service contract between APL and CCI contained a liquidated

16  damages provision which provided protection to APL in the event that CCI failed

17  to meet the MVC, as it had promised (known in the trade as dead freight). The

18  liquidated damages provision provided that:

> 3. MINIMUM VOLUME COMMITMENT; DEAD FREIGHT; BOOKING
>
> . . . .
>
> (b) If Merchant fails to tender shipments in sufficient quantity to meet Merchant's undertakings as set forth in the foregoing subparagraph 3(a), Merchant shall, within 30 calendar days of receipt of Carrier's invoice, pay deadfreight in the amount of $350 for each FEU by which the MVC (or sub-MVCs, as the case might be) exceeds the volume actually tendered.

26    12.   After the contract expired on November 30, 2007, APL reconciled the

27  contract to determine whether CCI had fulfilled its MVC and shipped the number

28  of FEUs as promised.

COMPLAINT

3

1    13.    APL determined that during the contract's term, CCI only tendered 15.625 FEUs of cargo to APL for transport and carriage.  As stated above, CCI had promised to ship 50 FEUs under the contract, and thus came up 34.375 FEUs short.  Accordingly, under the terms of the contract, CCI became obligated to pay APL a liquidated damages charge ("dead freight") of $12,031.25.  ($350 for each FEU short of the MVC [$350 x 34.375 = $12,031.25]).

    14.    On or around January 4, 2008, APL issued an invoice for $12,031.25 and presented it to CCI , reflecting the dead freight charges as described above.  According to the service contract's terms, CCI had 30 days in which to pay the $12,031.25 invoice.

    15.    CCI failed to pay the invoice within 30 days.  And, despite further demands by APL, CCI has failed to pay the dead freight owed to APL in connection with the above-described service contract and there is due and owing to APL, from CCI, the amount of $12,031.25 in dead freight charges, in connection with Service Contract No. GB06/0017.

    16.    Accordingly, CCI is indebted to APL for dead freight associated with the service contract in the amount of $12,031.25, excluding interest and attorneys' fees.

## FIRST CAUSE OF ACTION
### (Breach of Maritime Contract)

    17.    APL refers to, and by that reference incorporates as if fully set forth herein, each and every allegation set forth in paragraphs 1 through 16, inclusive, hereinabove.

    18.    Pursuant to the terms of the service contract entered into between the parties, CCI expressly agreed that if it failed to tender the respective MVC, it would pay the dead freight charges due and owing under the above-described service contract.

19. APL has performed or tendered performance of all of its obligations under the service contract.

20. CCI materially breached the terms of the service contract entered into between the parties by failing to tender the appropriate amount of FEUs under the MVCs, and by failing pay the dead freight charges within 30 days of receiving APL's invoice, as promised.

21. As a direct and proximate cause of CCI's breach of the service contract by failing to tender the appropriate amount of FEUs under its MVC, and by failing to pay the dead freight charges associated with the service contract, APL has suffered damages in the amount of $12,031.25 (excluding interest and attorneys' fees).

## SECOND CAUSE OF ACTION
### (Open Account)

22. APL refers to, and by that reference incorporates as if fully set forth herein, each and every allegation set forth in paragraphs 1 through 21, inclusive, hereinabove.

23. CCI owes APL the sum of $12,031.25 that is due with interest since February 2008, in accordance with the terms of the service contract more fully described above.

24. APL has made demand for payment upon CCI and CCI has acknowledged receipt of said demand.

25. CCI has refused to pay and continues to refuse to pay the outstanding sum due and owing.

## THIRD CAUSE OF ACTION
### (Common Count - Services Performed)

26. APL refers to, and by that reference incorporates as if fully set forth herein, each and every allegation set forth in paragraphs 1 through 25 inclusive, hereinabove.

27. CCI is indebted to APL for the amount of $12,031.25, for the services APL performed at CCI's request.

28. CCI has failed to pay anything towards the dead freight charge of $12,031.25; therefore, APL is entitled to recover $12,031.25, excluding interest, for services performed.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff APL Co. Pte., Ltd. prays as follows:

1. The Court enter judgment in APL's favor for $12,031.25, the full amount of APL's claim;
2. The Court award APL prejudgment interest on all sums as provided by law;
3. The Court award APL its costs of suit;
4. The Court award APL its attorneys' fees as per the terms of the service contract;
5. The Court award APL such other and further relief as the Court may deem proper.

DATED: September 29, 2010

LUCAS VALLEY LAW

By: /s/ Mark K. de Langis
Mark K. de Langis
Attorneys for Plaintiff
APL CO. Pte., LTD. and
AMERICAN PRESIDENT LINES, LTD.

Mark K. de Langis (SBN 190083)
LUCAS VALLEY LAW
2110 Elderberry Lane
San Rafael, CA 94903
(415) 472-3892
mdelangis@lucasvalleylaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. Pte., LTD., a corporation, and AMERICAN PRESIDENT LINES, LTD., a corporation.<br>PLAINTIFF(S)<br>v.<br>CALIFORNIA CONCEPTS, INC., a corporation,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV10 7345 E<br><br><br>SUMMONS |

TO:     THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
Mark K. de Langis                             , whose address is:

Lucas Valley Law
2110 Elderberry Lane
San Rafael, CA  94903

an answer to the ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim which is herewith served upon you within __21__ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk, U.S. District Court

Dated: __OCT - 1 2010__          By: __CHRISTOPHER POWERS__
                                        Deputy Clerk      (SEAL)

                                        *(Seal of the Court)*

CV-01A (01/01)                          SUMMONS

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
APL Co. Pte., Ltd., a corporation and American President Lines, Ltd., a corporation

**DEFENDANTS**
CALIFORNIA CONCEPTS, INC., a corporation;

(b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Singapore

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
Los Angeles

(c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Mark K. de Langis  (SBN 190083)
mdelangis@lucasvalleylaw.com
Lucas Valley Law     (415) 472-3892
2110 Elderberry Lane, San Rafael, CA 94903

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ MONEY DEMANDED IN COMPLAINT: $ 12,031.25

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Breach of maritime contract. Admiralty and maritime claims within the meaning of FRCP 9(h) and 28 U.S.C. section 1333.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☒ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | |
| ☐ 810 Selective Service | | ☐ 350 Motor Vehicle | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| | | | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

CV10 7345

**FOR OFFICE USE ONLY:**  Case Number: _____

CV-71 (07/05)                          CIVIL COVER SHEET                          Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No   ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
   Singapore

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
   Los Angeles

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
   Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_   **Date** September 29, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |